318

COM.

v.

DIAZ, A.

2505 EDA 2014

Superior Court of Pennsylvania.

03/16/2017

CP–23–CR–0000992–2011 (Delaware)

Vacated/Remanded

COM.

v.

RODRIGUEZ, J.

3155 EDA 2015

Superior Court of Pennsylvania.

03/16/2017

CP–23–CR–0007407–2014 (Delaware)

Affirmed

TRUST OF JOHN MIDDLETON, INC.

3389 EDA 2015

Superior Court of Pennsylvania.

03/16/2017

2014–X3827 (Montgomery)

Affirmed

COM.

v.

RUTLEDGE, K.

3733 EDA 2015

Superior Court of Pennsylvania.

03/16/2017

CP–51–CR–0012550–2014 (Philadelphia)

Quashed

COM.

v.

HAYNES, B.

189 EDA 2016

Superior Court of Pennsylvania.

03/16/2017

CP–51–CR–0000812–2015 (Philadelphia)

Vacated/Remanded

F.M.

v.

G.M.

1603 EDA 2016

Superior Court of Pennsylvania.

03/16/2017

1601V7294 (Philadelphia)

Affirmed

